PROB 19a                                                              SD/FL PACTS No. 65555

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-852-CR-MORENO

U.S.A. vs Jose Sotolongo

*Certified to be a true and correct copy of the document on file Steven M. Larimore, Clerk, U.S. District Court Southern District of Florida*
By _____ Deputy Clerk
Date 12/28/09

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Jose Sotolongo | Male | White | 50 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 8500 Biscayne Blvd., Lot J715, Miami, FL 33138 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| SOUTHERN DISTRICT OF FLORIDA, MIAMI | May 22, 2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| SOUTHERN DISTRICT OF FLORIDA, MIAMI |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | | 12/28/09 |

FILED by ASJ D.C. INTAKE
JAN 06 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 12-30-09 | 12-30-09 |

| EXECUTING AGENCY (NAME AND ADDRESS) | U.S. Marshals Service – Southern District of Florida 400 North Miami Avenue, 6th Floor, Miami, Florida 33128 |
|---|---|

"Upon the arrest of the defendant, she/he is to be brought before the Duty Magistrate ONLY for purposes of advising her/him on the charges against her/him and for appointment of counsel, if appropriate. All other matters, including bond, will be held before Judge Moreno."

Defendant was arrested at the U.S. Probation Office, 400 North Miami Avenue, 8th Floor, Miami, Florida and made his initial appearance in magistrate court in Miami.

| NAME | (BY) | DATE |
|---|---|---|
| Neil DeSousa, Acting U.S. Marshal | SDUSM Joe Godsk | 12-30-09 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."